AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA

NOV 1 8 2011

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES A. BROWN, JR. | ) | Case No.  11-MJ-139 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 14, 2011___ in the county of ___Dauphin___ in the ___Middle___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. SECTION 3146(a)(2) | Failure to appear/fugitive |

This criminal complaint is based on these facts:

I am a duly appointed Deputy United States Marshal, serving in such a capacity since 2003. I am currently assigned to the Middle District of Pennsylvania. As a Deputy U.S.
(con't)

☑ Continued on the attached sheet.

_____
Complainant's signature

PHILIP R. LEWIS, DEPUTY U.S. MARSHAL
Printed name and title

Sworn to before me and signed in my presence.

Date: ___11/18/2011___

_____
Judge's signature

City and state: ___HARRISBURG, PA___

J. ANDREW SMYSER, U.S. MAGISTRATE JUDGE
Printed name and title